UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

BELARMINO CRISOSTOMO,                    :
     Plaintiff,                            :
                                           :
     v.                                    :          No. 5:24-cv-0937
                                           :
WESTLAKE FINANCIAL, INC.,                :
     Defendant.                            :

_____

## <u>O R D E R</u>

**AND NOW,** this 26th day of June, 2024, for the reasons set forth in the Opinion issued

this date, **IT IS HEREBY ORDERED THAT:**

1.      The Motion to Dismiss, ECF No. 5, is **GRANTED**, and Plaintiff's Fair Credit

Reporting Act claims against Defendant are **DISMISSED without prejudice.**

2.      Plaintiff may file an amended complaint **no later than July 26, 2024**.

3.      Plaintiff is advised that failure to timely amend his Complaint may result in

dismissal of the case with prejudice and without further notice.


BY THE COURT:


_/s/ Joseph F. Leeson, Jr._____
JOSEPH F. LEESON, JR.
United States District Judge